AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

STEPHEN HASKELL LAW OFFICES, PLLC,

v.

WESTPORT INSURANCE CORP.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-437-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Westport Insurance Corp. The Complaint and the claims therein are dismissed with prejudice.

April 5, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer